OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**Eric M. Storms, Acting Clerk**



| Edward T. Gignoux U.S. Courthouse | Margaret Chase Smith Federal |
|---|---|
| 156 Federal Street | Building and U.S. Courthouse |
| Portland, Maine 04101 | 202 Harlow Street |
| (207) 780-3356 | Bangor, Maine 04401 |
| | (207) 945-0575 |

January 9, 2026

Shelley Sawyer, Clerk
205 Newbury Street
Portland ME 04101

RE:STATE OF MAINE v. BP PLC et al
Civil Docket Number.:2:25-CV-00001-SDN
State Court Docket Number.:PORSC-CV-24-442

Dear Shelley Sawyer:

On January 9, 2026, U.S. District Judge Stacey D. Neumann  issued an order remanding the above matter to Cumberland County Superior Court.  Enclosed please find a certified copy of the docket sheet and Order of Remand.

Sincerely,

Eric M. Storms, Acting Clerk

By: /s/Michelle Thibodeau
     Case Manager

Enc.

cc: Counsel of record without enclosures via ECF notification.